UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3251-PSG (MAAx) | Date | March 23, 2021 |
|---|---|---|---|
| Title | Harbor Performance Enhancement Center, LLC v. City of Los Angeles Harbor Department et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge | |
|---|---|---|
| Gabriela Garcia (video) | | Marea Woolrich (video) |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Via Zoom:<br>Jeffrey Valle<br>Katherine Balatbat | | Via Zoom:<br>David Graeler<br>Jason Murray<br>David Kesselman<br>Steve Holguin<br>Trevor Stockinger<br>Janet Karkanen |

**Proceedings:**       **ZOOM HEARING**

**DEFENDANT ILWU AND ILWU LOCAL 13'S JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. 57)**

**CITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT  (DOC. 58)**

        Having considered all papers submitted as to the motion referenced above and the oral argument presented today via Zoom, the Court takes the motion under submission. A ruling will be issued after full consideration of the submitted pleadings.

:       40

Initials of Preparer    gga